UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RASIEL FUSUGIO, *individually and on behalf of others*            :
*similarly situated*,                                             :
                                                                  :
                              Plaintiff,                          :    21 Civ. 68 (JPC)
                                                                  :
                -v-                                               :    ORDER
                                                                  :
COPPOLA'S TUSCAN GRILL, LLC, *doing business as*                  :
*Coppola's East*, and SALVADOR COPPOLA,                           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on January 5, 2021. Dkt. 1. The docket reflects that Defendants Coppola's Tuscan Grill, LLC and Salvador Coppola were served with the Complaint on March 8, 2021, making their responses to the Complaint due March 29, 2021. Dkts. 8-9. To date, Defendants have neither responded to the Complaint nor appeared in this action.

Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether he intends to move for default judgment against Defendants.

SO ORDERED.

Dated: April 14, 2021
       New York, New York
                                                   _____
                                                        JOHN P. CRONAN
                                                        United States District Judge