UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RASIEL FUSUGIO,
*individually and on behalf of others similarly situated,*

                                 *Plaintiff,*

                  -against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S EAST) and SALVADOR COPPOLA,

                                *Defendants.*
-------------------------------------------------------X

21-cv-00068-JPC

**MOTION FOR DEFAULT JUDGMENT**

      PLEASE TAKE NOTICE, that upon the attached declaration of counsel and exhibits attached thereto, Plaintiff RASIEL FUSUGIO shall move before this Court at Courtroom 12D of the Daniel P. Moynihan United States Courthouse, located at 500 Pearl Street New York, New York, on the date and time set by the Court, or as soon thereafter as counsel may be heard, for an Order entering Judgment by Default against Defendants COPPOLA'S TUSCAN GRLL, LLC (D/B/A COPPOLA'S EAST) and SALVADOR COPPOLA, that any opposition by said Defendants shall be filed with this Court on or before the time and date to be set by the Court, and that any reply papers by Plaintiff shall be filed with this Court on or before the time and date to be set by the Court.

      Dated: May 12, 2021

                                                  /s/ Michael Faillace
                                                  Michael Faillace, Esq.
                                                  MICHAEL FAILLACE & ASSOCIATES, P.C.
                                                  60 East 42nd Street, Suite 4510
                                                  New York, NY 10165
                                                  212-317-1200
                                                  michael@faillacelaw.com
                                                  *Counsel for Plaintiff*